# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 2,982.—GEORGE PRUETT, RESPONDENT, *v.* MINNEAPOLIS STEEL & MACHINERY CO., APPELLANT.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided April 17, 1911.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and it is hereby, dismissed in accordance with stipulation of counsel on file herein.

*Messrs. Kremer, Sanders & Kremer,* for Appellant.

---

No. 3,005.—R. M. COBBAN REALTY CO., APPELLANT, *v.* N. H. BLACK ET AL., RESPONDENTS.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

Decided May 8, 1911.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation on file herein.

*Mr. Elmer E. Hershey,* and *Mr. Wm. F. Wayne,* for Appellant.